**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BLUE CROSS BLUE SHIELD
OF MICHIGAN,                                                    Case No.  00-71433

       Plaintiff,                                             District Judge Arthur J. Tarnow
                                                     Magistrate Judge R. Steven Whalen

v.

JEFFREY ASKANAZI, M.D.,

       Defendant.
_____/

**ORDER**

Defendant's Motion to Strike Subpoena [Docket #111] is hereby DENIED.  *See* M.C.R. 2.621(B)(2) and M.C.R. 2.300 *et. seq.*

SO ORDERED.

                                                                  S/R. Steven Whalen
                                                                   R. STEVEN WHALEN
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated:  December 21, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 21, 2006.

                                                                   S/Gina Wilson
                                                                   Judicial Assistant