UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

    Plaintiff,

v

    Case No. 00-71433

JEFFREY ASKANZI, M.D.,

    DISTRICT JUDGE ARTHUR J. TARNOW

    MAG. JUDGE R. STEVEN WHALEN

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

There having been no objection to Magistrate Judge Whalen's Report and Recommendation [Docket #144-1] filed August 24, 2007 denying Defendant's motion to strike garnishment and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Whalen is **ADOPTED**.

IT IS FURTHER ORDERED that for the reasons stated in the Report and Recommendation Defendant's motion to Strike [Docket #112-1] is **DENIED** and Plaintiff, Blue Cross Blue Shield of Michigan's request to garnish all, rather than half of the funds in the Defendant's jointly held account with Rene Askanzi [Docket #131] is **GRANTED**.

IT IS FURTHER ORDERED that Defendant's Motion as to jointly held account with Ariel Olah is DENIED and Blue Cross Blue Shield of Michigan's request to garnish all funds is **GRANTED** with the exception of $100.

                                                s/Arthur J. Tarnow  
                                                Arthur J. Tarnow  
                                                United States District Judge

Dated:  September 25, 2007


I hereby certify that a copy of the foregoing document was served upon counsel of record/parties on September 25, 2007, by electronic and/or ordinary mail.

                                                s/Catherine A. Pickles  
                                                Judicial Secretary