**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,

        Plaintiff,

v.

JEFFREY ASKANAZI,

        Defendant.
                                   /

Case No. 00-71433

District Judge Arthur J. Tarnow
Magistrate Judge R. Steven Whalen

## **ORDER ADOPTING REPORT AND RECOMMENDATION [DE 159]**

Before the Court is the Magistrate Judge's Report and Recommendation [DE 159] filed June 9, 2008, on Defendant's objections [DE 148 and 150] to a writ of garnishment. The Report and Recommendation recommended that Defendant's objections be denied. On June 23, 2008, Defendant filed objections to the R&R.

Defendant's sole objection, as expressed in an earlier response to the Court, is that a court order to pay an arrearage in child support "effectively constitute[s] a 'garnishment' as there are criminal consequences for failure to pay . . ." Def't Response, docket entry 156. He argues that the garnishment sought in the current action should therefore be a lower priority than his child support obligations.

Defendant has not cited, nor has the Court found after its own research efforts, any legal authority for his position. "This court is not obligated to consider unsupported arguments . . ." *United States v. Clark*, 929 F.2d 702 (unpublished), 1991 WL 46481 (6th Cir. Apr. 4, 1991) (citing *United Transp. Union v. Dole*, 797 F.2d 823, 827 (10th Cir.1986)).

Therefore, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Whalen [DE 159] is ADOPTED.

IT IS FURTHER ORDERED that Defendant's Objections [DE 148 and 150] are DENIED.

SO ORDERED.

                                S/ARTHUR J. TARNOW
                                Arthur J. Tarnow
                                United States District Judge

Dated: June 27, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2008, by electronic and/or ordinary mail.

                                S/THERESA E. TAYLOR
                                Case Manager